AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Raul CANTU<br>YOB: 1983<br>USC<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No. M-21-1137-M<br><br>**SEALED** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 3, 2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC §§ 846, 841(a)(1) | Knowingly and Intentionally Conspire to Possess with Intent to Distribute approx. 154.5 kgs of Marijuana, a Schedule I Controlled Substance. |
| 21 USC § 841(a)(1) | Knowingly and Intentionally Possess with Intent to Distribute approx. 154.5 kgs of Marijuana, a Schedule I Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A".

United States District Court
Southern District of Texas
FILED
MAY 24 2021
Nathan Ochsner, Clerk

☑ Continued on the attached sheet.

Approved:
Robert Wells, L AUSA
5/24/2021

*Complainant's signature*

Federico Adame, Jr., DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/24/21 - 4:44p.

*Judge's signature*

City and state: McAllen, Texas

Juan F. Alanis, United States Magistrate Judge
*Printed name and title*

# Attachment A

On November 3, 2020, DEA Agents received information from a Confidential Source (CS) that a male by the name of Raul CANTU, hereinafter referred to as CANTU, had multiple bundles of narcotics inside a residence located at 1405 Samantha St., Mission, Texas 78574. DEA Agents subsequently established surveillance at the residence.

DEA Agents approached the residence and knocked on the front door. Nobody answered the door and agents departed the property. Agents maintained surveillance on the residence, and shortly after observed a white Chevrolet Cruze depart the residence.

DEA Agents coordinated to have the white Chevrolet Cruze pulled over by a marked patrol unit. The patrol unit identified the driver as CANTU. DEA Agents approached CANTU to interview him. CANTU granted DEA Agents consent to search his residence, in which they subsequently located approximately 154.5 kilograms of marijuana inside the residence.

DEA Agents read CANTU his Miranda Warnings. CANTU voluntarily waived his rights and provided a statement. CANTU stated that he contacted an individual from Mexico by the name of "RAFA" to get a narcotics load. CANTU stated that he was going to sell the marijuana for financial gain.